IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNIVERSITY OF WISCONSIN
HOSPITAL AND CLINICS, INC., and
UNIVERSITY OF WISCONSIN         JUDGMENT IN A CIVIL CASE
MEDICAL FOUNDATION, INC.,

                                                 Case No. 12-cv-31-wmc

        Plaintiffs,

v.

EPCO CARBON DIOXIDE PRODUCTS,
INC. HEALTHCARE PLAN,

        Defendant.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs University of Wisconsin Hospital and Clinics, Inc., and University of Wisconsin Medical Foundation, Inc., granting their motion for summary judgment and remanding this case to the plan administrator for a determination of benefit eligibility consistent with the court's opinion.

| /s/ | 4/19/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |