IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNIVERSITY OF WISCONSIN HOSPITAL AND CLINICS, INC., and UNIVERSITY OF WISCONSIN MEDICAL FOUNDATION, INC. | Case No: 12-cv-031 |
| Plaintiff, | |
| v. | |
| EPCO CARBON DIOXIDE PRODUCTS, INC. HEALTHCARE PLAN, | |
| Defendant. | |

NOTICE OF APPEAL TO THE SEVENTH CIRCUIT COURT OF APPEALS FROM A JUDGMENT OR ORDER OF THE DISTRICT COURT

Notice is hereby given that UNIVERSITY OF WISCONSIN HOSPITAL AND CLINICS, INC., and UNIVERSITY OF WISCONSIN MEDICAL FOUNDATION, INC., Plaintiffs in the above named case, hereby appeal the decision to remand to the United States Courts of Appeals for the Seventh Circuit from the final judgment entered on the 19th day of April, 2013 (Docket No. 53, 04/19/13), as well as all other opinions, orders and rulings that merge into that judgment, including, but not limited to, this Court's Opinion and Order dated April 19, 2013 (Docket No. 52, 04/19/2013).

Dated May 14, 2013

Respectfully submitted,

_____/s/_____
Attorney Mark S. Sweet
State Bar No: 1019001
Attorney Nicole N. Schrier
State Bar No: 1081908
NEUBERGER, WAKEMAN, LORENZ, GRIGGS & SWEET
Attorneys for the Plaintiffs
UNIVERSITY OF WISCONSIN HOSPITAL AND CLINICS, INC. and UNIVERSITY OF WISCONSIN MEDICAL FOUNDATION, INC.
136 Hospital Drive
Watertown, WI 53098
(920) 261-1630
(920) 261-0339 (Fax)