# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

June 25, 2013

| No.: 13-2066 | UNIVERSITY OF WISCONSIN HOSPITAL AND CLINICS, INC., et al., Plaintiffs - Appellants<br><br>v.<br><br>EPCO CARBON DIOXIDE PRODUCTS, INC. HEALTHCARE PLAN, Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:12-cv-00031-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley | |

Upon consideration of the **STIPULATION FOR VOLUNTARY DISMISSAL**, filed on June 25, 2013, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: c7_FinalOrderWMandate(form ID: 137)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit